# CASE ANNOUNCEMENTS

*February 20, 2014*

[Cite as *02/20/2014 Case Announcements*, 2014-Ohio-593.]

## MOTION AND PROCEDURAL RULINGS

**2012–1232. Marysville Exempted Village School Dist. Bd. of Edn. v. Union Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2009-K-2408. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand this case to the Board of Tax Appeals to implement the settlement, it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

It is further ordered that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution and that a copy of this entry be certified to the Board of Tax Appeals.

**2013–0364. State ex rel. Fox v. Walters.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relators' motion for variation of time for oral argument scheduled for Tuesday, February 25, 2014, it is ordered by the court that the motion is denied.

**2013–0800. Harris v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011-Q-530. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand this case to the Board of Tax Appeals to implement the settlement, it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

It is further ordered that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution and that a copy of this entry be certified to the Board of Tax Appeals.

**2013–1908. State ex rel. Snead v. Ferenc.**
In Mandamus and Prohibition. This cause came on for further consideration upon the filing of relator's motion for stay and second motion to strike. It is ordered by the court that the motions are denied as moot.